# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY MCCARROLL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 12-0709-CG-M |
| | ) |
| SOMERBY OF MOBILE, LLC, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that judgment is entered in favor of Defendant Somerby of Mobile, LLC, and against Plaintiff Anthony McCarroll.

**DONE** and **ORDERED** this 6th day of February, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE